**Charles A. MAHONE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75967.**

Missouri Court of Appeals,
Western District.

May 27, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 24, 2014.

Karen Louise Kramer, Jefferson City, for respondent.

Susan Lynn Hogan, Kansas City, MO, for appellant.

Before Division One: JOSEPH M. ELLIS PJ., KAREN KING MITCHELL, ANTHONY REX GABBERT, JJ.

**ORDER**

PER CURIAM:

Charles A. Mahone appeals the denial of his Rule 29.15 motion for post-conviction

relief after an evidentiary hearing. We affirm. Rule 84.16(b).